# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scale Video Coding LLC,<br><br>                    Plaintiff,<br>     v.<br>V-Cube USA, Inc.,<br><br>                    Defendant. | No. 2:21-cv-08332-JAK-MAA<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (DKT. 27)**<br><br>**JS-6** |

Based on a review of the Joint Stipulation to Dismiss Entire Action with Prejudice (the "Stipulation" (Dkt. 27)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The entire action is dismissed with prejudice and each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  February 10, 2022            _____
                                     John A. Kronstadt
                                     United States District Judge